In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar in the Eighth

Judicial District.— Charles Diebold, Jr., of Buffalo, is appointed a member of the committee, in place of George Clinton, resigned.